Arthur A. Hartinger (SBN: 121521)
Nancy Park (SBN: 236750)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, #1200
Sacramento, CA 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Thomas D. Cumpston (SBN: 142618)
General Counsel
Brian Poulsen (SBN: 252078)
Deputy General Counsel
El Dorado Irrigation District
2890 Mosquito Road
Placerville, CA 95667
Telephone: (530) 642-4144
Facsimile: (530) 622-1195

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

Attorneys for Defendant
El Dorado Irrigation District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS SAHAJ and ANTHONY JULIAN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EL DORADO IRRIGATION DISTRICT,<br><br>Defendants. | CASE NO. 2:11-cv-01341 GEB-DAD<br><br>**[PROPOSED] ORDER: STIPULATION FOR CONDITIONAL CERTIFICATION AND NOTICE** |

**IT IS HEREBY ORDERED** as follows:

   1.   This action is conditionally certified as a collective action.

   2.   The proposed Notice of Collective Action, attached as Exhibit A and Consent to Join form, attached as Exhibit B, will be mailed to all current and former employees who have

been employed by the District in any of the following class specifications at any time from May 18, 2008 to the present:

>     Plant Mechanic I/II
>     Senior Plant Mechanic
>     Construction and Maintenance Worker I/II
>     Senior Construction and Maintenance Worker
>     Wastewater Treatment Plant Operator (Grades OIT-V)
>     Water Treatment Plant Operator (Grades IT-TV)
>     Hydroelectric System Technician
>     Distribution Operator (Grades I-III)
>     Senior Distribution Operator
>     Electrical and Instrumentations Technician
>     Collection Systems Operator I/II
>     Utility Worker
>     Process Control Specialist
>     Instrumentation/Control Technician
>     Electronic Technician
>     Power Systems Technician
>     Laboratory Analyst
>     Laboratory Technician

3.     Defendant will mail the Notice and Consent to Join forms, and plaintiffs will reimburse defendants for all copying and postage costs.

4.     The Notice will be mailed within 10 days of the issuance of this order.

5.     The District shall file a Notice of Mailing confirming the date the notice was mailed.

6.     Those individuals to whom the notice is sent shall have 45 days from the date of mailing to complete and return a Consent to Join form.  This 45-day period shall be referred to as the "opt-in" period and shall be calculated based on the date noted in the Notice of Mailing filed by the District and provided for in paragraph 4.  The Notice must be post-marked or received by plaintiffs' counsel by the 45th day to be considered timely.  All Consent to Join forms must show proof of timely submission.  Any Consent to Join forms submitted after the 45th day will be considered untimely, and the individual submitting the form shall not be permitted to be a plaintiff in this lawsuit.

7.     Within 10 days of the close of the opt-in period, plaintiffs will provide a copy of all opt-in forms to defendant.

8. By stipulating to conditional certification in this action, Defendant does not waive any right to move for decertification.

9. Defendant does not waive the right to challenge any fact asserted in the recitals in the event discovery demonstrates that the recitals are inaccurate.

2/7/12

_____
GARLAND E. BURRELL, JR.
United States District Judge