IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THOMAS SAHAJ and ANTHONY JULIAN, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>EL DORADO IRRIGATION DISTRICT,<br><br>        Defendant. | 2:11-cv-01341-GEB-DAD<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        The Joint Status Report filed on June 11, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on June 25, 2012, is continued to July 23, 2012, at 9:00 a.m.

        A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties address all applicable topics set forth in the May 18, 2011 Order Setting Status (Pretrial Scheduling) Conference. <u>See</u> ECF No. 4, ¶ 6. The joint status report shall also include a proposed briefing schedule on Defendant's anticipated Motion for Decertification and whether the case should be fully scheduled pending a decision on that motion. Should any

1 party opine the case should be fully scheduled, the joint status report
2 shall address the scheduling of all future proceedings.
3          IT IS SO ORDERED.
4 Dated:  June 19, 2012

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge