PEREZ LAW OFFICES
Anthony M. Perez, Jr., SB # 113041
Natalya Kozlova-Grunwald, SB# 265084
455 Capitol Mall, Suite 225
Sacramento, CA 95814
Telephone: (916) 441-0500
Facsimile: (916) 441-0555

Attorneys for PLAINTIFFS

Arthur A. Hartinger (SBN: 121521)
Nancy Park (SBN: 236750)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, #1200
Sacramento, CA  95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Thomas D. Cumpston (SBN: 142618)
General Counsel
Brian Poulsen (SBN: 252078)
Deputy General Counsel
El Dorado Irrigation District
2890 Mosquito Road
Placerville, CA  95667
Telephone: (530) 642-4144
Facsimile: (530) 622-1195

Attorneys for Defendant
El Dorado Irrigation District

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS SAHAJ and ANTHONY JULIAN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EL DORADO IRRIGATION DISTRICT,<br><br>Defendants. | CASE NO. 2:11-cv-01341 GEB-DAD<br><br>**STIPULATION FOR DECERTIFICATION OF A COLLECTIVE ACTION** |

1  The parties submit this stipulation pursuant to Local Rule 143.

2  WHEREAS, plaintiffs Thomas Sahaj and Anthony Julian ("plaintiffs") filed a complaint
3  for alleged failure to pay all wages and overtime compensation in violation of the Fair Labor
4  Standards Act on May 18, 2011;

5  WHEREAS, plaintiffs filed their complaint on behalf of themselves and others similarly
6  situated;

7  WHEREAS, plaintiffs are or were employed by defendant El Dorado Irrigation District
8  ("defendant" or "the District") in the Operations Department;

9  WHEREAS, on February 6, 2012, plaintiffs and defendant filed a Stipulation for
10  Conditional Certification and Notice;

11  WHEREAS, this Court, on February 7, 2012 signed an Order conditionally certifying this
12  action as a collective action ordering a Notice of Collective Action and Consent to Join form to be
13  mailed by defendant to current and former employees of the District identified by the parties in
14  their Stipulation within 10 days of issuance of the Order;

15  WHEREAS, this Court also ordered that the individuals to whom the Notice was sent were
16  to opt in within 45 days from the date of mailing of the Notice by returning a Consent to Join
17  form;

18  WHEREAS, Robert Alan Isgrigg signed his Consent to Join form on February 17, 2012. A
19  copy of the signed Consent to Join Form was filed with this Court on April 9, 2012;

20  WHEREAS, Robert Alan Isgrigg withdrew his claims against the District in a signed
21  Withdrawal of the Consent to Join form on July 8, 2012. A copy of the signed Withdrawal was
22  filed with this Court on July 19, 2012.

23  WHEREAS, Eugene Paul Zangrando signed his Consent to Join form on March 13, 2012.
24  A copy of the signed Consent to Join Form was filed with this Court on April 9, 2012.

25  WHEREAS, Eugene Paul Zangrando withdrew his claims against the District in a signed
26  Withdrawal of the Consent to Join form on July 21, 2012. A copy of the signed Withdrawal was
27  filed with this Court on July 24, 2012.

28

WHEREAS, Charles Alan Planje signed his Consent to Join form on March 20, 2012. A copy of the signed Consent to Join Form was filed with this Court on April 9, 2012.

WHEREAS, Charles Alan Planje has not cooperated with counsel during the discovery process and failed to appear for his deposition scheduled for July 12, 2012 . As of this date, he has not responded to communications requesting his withdrawal.

WHEREAS, Scott Denton Baldridge signed his Consent to Join form on February 29, 2012. A copy of the signed Consent to Join Form was filed with this Court on April 9, 2012.

WHEREAS, Scott Denton Baldridge fully cooperated with counsel during the discovery process and has expressed his intent to remain in this lawsuit as a plaintiff.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. This action shall be decertified as a collective action.

2. Plaintiffs Sahaj and Julian shall remain as plaintiffs in this action and shall pursue their claims against the defendant on an individual basis.

3. Plaintiffs Sahaj and Julian's actions shall be deemed commenced on May 18, 2011.

4. Scott Denton Baldridge shall be a plaintiff in this action and shall pursue his claims against the defendant on an individual basis.

5. Plaintiff Baldridge's action shall be deemed commenced on April 9, 2012.

6. Robert Alan Isgrigg, Eugene Paul Zangrando, and Charles Alan Planje shall not be plaintiffs in this action and shall not be entitled to any relief in connection with this action.

7. No individuals other than Thomas Sahaj, Anthony Julian, and Scott Denton Baldridge shall be permitted to be plaintiffs in this action.

DATED: September 11, 2012         MEYERS, NAVE, RIBACK, SILVER & WILSON

By:      /s/ Nancy Park
         Nancy Park
         Attorneys for Defendant
         EL DORADO IRRIGATION DISTRICT

DATED: September 11, 2012          PEREZ LAW OFFICES

By:      /s/ Anthony M. Perez, Jr.
         Anthony M. Perez, Jr.
         Attorneys for Plaintiffs
         THOMAS SAHAJ, ANTHONY JULIAN and
         SCOTT BALDRIDGE

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** as follows:

1. This action is decertified as a collective action.

2. Plaintiffs Thomas Sahaj and Anthony Julian shall remain as plaintiffs in this action and will pursue their claims on individual basis.

3. Plaintiffs Sahaj and Julian's actions shall be deemed commenced on May 18, 2011.

4. Scott Denton Baldridge is a plaintiff in this action and shall pursue his claims against the defendant on individual basis.

5. Plaintiff Baldridge's action shall be deemed commenced on April 9, 2012.

6. Robert Alan Isgrigg, Eugene Paul Zangrando, and Charles Alan Planje shall not be plaintiffs in this action and shall not be entitled to any relief in connection with this action.

7. No individuals other than Thomas Sahaj, Anthony Julian, and Scott Denton Baldridge shall be permitted to be plaintiffs in this action.

IT IS SO ORDERED.

**Date: 9/11/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge