PEREZ LAW OFFICES
Anthony M. Perez, Jr., SB # 113041
Natalya Kozlova-Grunwald, SB# 265084
455 Capitol Mall, Suite 225
Sacramento, CA 95814
Telephone: (916) 441-0500
Facsimile: (916) 441-0555

Attorneys for PLAINTIFFS

Arthur A. Hartinger (SBN: 121521)
Nancy Park (SBN: 236750)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, #1200
Sacramento, CA 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Thomas D. Cumpston (SBN: 142618)
General Counsel
Brian Poulsen (SBN: 252078)
Deputy General Counsel
El Dorado Irrigation District
2890 Mosquito Road
Placerville, CA 95667
Telephone: (530) 642-4144
Facsimile: (530) 622-1195

Attorneys for Defendant
El Dorado Irrigation District

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS SAHAJ and ANTHONY JULIAN, on behalf of themselves and others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>EL DORADO IRRIGATION DISTRICT,<br><br>         Defendants. | CASE NO. 2:11-cv-01341 GEB-DAD<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS, SET ONE, AND SPECIAL INTERROGATORIES, SET ONE, AND EXTEND DEADLINES FOR EXPERT DISCLOSURES** |

1       The parties submit this stipulation pursuant to Local Rule 143.

2       WHEREAS, Defendant propounded Requests for Admission, Set One, and Special
3  Interrogatories, Set One, on November 29, 2012, with Plaintiffs' Responses due on December 31,
4  2012.

5       WHEREAS, Plaintiffs' counsel has a trial set in another matter for January 7, 2013 in
6  Superior Court, Sacramento County, and is in extensive trial preparation.  Plaintiffs' Associate
7  Attorney is currently on maternity leave.  Plaintiffs' counsel requested an extension to respond to
8  Plaintiffs' discovery requests until February 26, 2013 to afford Plaintiffs sufficient time to respond
9  to Defendant's Requests for Admission, Set One, and Special Interrogatories, Set One.

10      WHEREAS, Defendant's counsel conditioned a stipulation to extend the deadline for
11 Plaintiffs to respond to Defendant's discovery requests on a court order extending the expert
12 witness disclosure dates. The initial expert witness disclosure is currently set for March 21, 2013.
13 The rebuttal expert witness disclosure is currently set for April 22, 2013.  Trial is set for March 14,
14 2014.

**THE PARTIES STIPULATE AS FOLLOWS:**

18  1.  Plaintiffs' time to respond to Defendant's Requests for Admission, Set One, and
19      Special Interrogatories, Set One, shall be extended to February 26, 2013.
20  2.  The Initial expert witness disclosures deadline of March 21, 2013 shall be extended
21      to April 22, 2013.
22  3.  The Rebuttal expert witness disclosures deadline of April 22, 2012 shall be
23      extended to May 22, 2012.

Stipulation to Extend Deadlines For Plaintiffs'       2       Case No. 2:11-cv-01341 GEB-DAD
Discovery Responses and Expert Disclosures

DATED: December 21, 2012         PEREZ LAW OFFICES

                                 By:      /s/ Anthony M. Perez, Jr.
                                     Anthony M. Perez, Jr.
                                     Attorneys for Plaintiffs
                                     THOMAS SAHAJ and ANTHONY JULIAN

DATED: December 21, 2012         MEYERS, NAVE, RIBACK, SILVER & WILSON

                                 By:      /s/ Nancy Park
                                     Nancy Park
                                     Attorneys for Defendant
                                     EL DORADO IRRIGATION DISTRICT

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' time to respond to Defendant's Requests for Admission, Set One, and Special Interrogatories, Set One, shall be extended to February 26, 2013.

2. The Initial expert witness disclosures deadline of March 21, 2013 shall be extended to April 22, 2013.

3. The Rebuttal expert witness disclosures deadline of April 22, 2012 shall be extended to May 22, 2012.

**Date: 12/21/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge